# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00701-CR
### NO. 03-08-00702-CR
### NO. 03-08-00703-CR

**Jesus Jimenez, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
NOS. D-1-DC-06-302526, D-1-DC-06-302637 & D-1-DC-07-300664
HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Jesus Jimenez seeks to appeal three judgments of conviction for the offense of burglary of a habitation. In each of the above cause numbers, the district court has certified that Jimenez has waived the right of appeal. Additionally, Jimenez's attorney has filed a letter representing to the Court that Jimenez "has waived his appeal in all of his cases reached in a plea agreement." The appeals are dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:  June 12, 2009

Do Not Publish